George ACRI, Plaintiff–Appellee,

v.

VARIAN ASSOCIATES, INC.,
Defendant–Appellant.

No. 95–16666.

United States Court of Appeals,
Ninth Circuit.

March 13, 1997.

ORDER

Before HUG, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.